

# IN THE
# TENTH COURT OF APPEALS

### No. 10-18-00102-CV

**JOHN ANTHONY MARGETIS,**

**Appellant**

v.

**HIGH POINTE INVESTMENTS, LLC**

**Appellee**

**From the County Court at Law**
**Ellis County, Texas**
**Trial Court No. 17-C3725**

## MEMORANDUM OPINION

Appellant, John Margetis, challenges an order of possession and final judgment entered on February 20, 2018. Appellant filed his pro se notice of appeal on March 2, 2018; however, the Clerk's Record in this matter has not been filed. On April 23, 2018, we received notice from the Ellis County Clerk's Office stating that appellant had been notified regarding the balance due for the Clerk's Record; however, appellant failed to

pay the balance owed, which resulted in the Clerk's Record not being forwarded to this Court.

Thereafter, on June 4, 2018, we sent a letter to the Ellis County Clerk's Office requesting the filing of the Clerk's Record within thirty days or, in the alternative, a status update regarding payment for the Clerk's Record. On June 6, 2018, the Ellis County Clerk once again informed this Court that appellant had failed to pay or make arrangements to pay for the Clerk's Record. On June 12, 2018, in response to the Ellis County Clerk's June 6, 2018 letter, we warned appellant that this appeal would be dismissed for want of prosecution, unless he paid or made arrangements to pay the clerk's fee and notified this Court of the actions taken within twenty-one days of June 12, 2018. More than twenty-one days have passed since our June 12, 2018 letter, and we have not received any response from appellant regarding the Clerk's Record. And more importantly, the Clerk's Record still has not been filed.

Texas Rule of Appellate Procedure 37.3(b) provides that if an appellant fails to pay or make arrangements to pay the clerk's fee for preparation of the record, the Court may "dismiss the appeal for want of prosecution unless the appellant was entitled to proceed without payment of costs. The court must give the appellant a reasonable opportunity to cure before dismissal." TEX. R. APP. P. 37.3(b). To date, the record does not reflect that appellant has paid or made arrangements to pay for the Clerk's Record or that appellant

is entitled to proceed without payment of costs.  Therefore, pursuant to Rule 37.3(b), we

hereby dismiss this appeal for want of prosecution.[1]  *See id.*


AL SCOGGINS
Justice

Before Chief Justice Gray,
      Justice Davis, and
      Justice Scoggins
Appeal dismissed
Opinion delivered and filed July 18, 2018
[CV06]



---

[1] In light of our disposition, all pending motions are hereby dismissed as moot.